J. DAVID NICK (CA SBN 157687)
LAW OFFICES OF J. DAVID NICK, A Professional Legal Corporation
1111 E. TAHQUITZ CANYON WAY SUITE 115
PALM SPRINGS, CA 92262
Telephone: (760) 778-8250
Email: jdavidnick@lawyer.com

RUSSELL L. GOODROW (CA SBN 248921)
GOODROW LAW OFFICE
345 Franklin Street
San Francisco, CA 94102
Telephone: 415-655-9478
Facsimile: 415-276-1760
Email: russ@goodrowlaw.com

ADAM D. MESHKOV (NJ SBN 94856)
MESHKOV & BRESLIN
830 Lehigh Street
Easton, PA 18042
Telephone: 610-438-6300
Email: adm@meshkovbreslin.com

Attorneys for Plaintiff
BRENDA LEE CAMPBELL, as Personal Representative of the
ESTATE OF CARL EDWARD WEIDNER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| BRENDA LEE CAMPBELL, as Personal Representative of the Estate of CARL EDWARD WEIDNER,<br><br>Plaintiffs,<br>vs.<br>CARNIVAL CORPORATION, CARNIVAL PLC, and PRINCESS CRUISE LINES LTD.,<br>Defendants. | Case No. 2:21-CV-00266-DMG-JEM<br>Action Filed: July 23, 2020<br>Trial Date: February 7, 2023<br><br>**NOTICE OF SETTLEMENT OF CASE; REQUEST TO RETAIN JURISDICTION UNTIL DISMISSAL FILED.**<br><br>Judge: Hon. Dolly M. Gee<br>Magistrate: Mon. John E. McDermott |

Plaintiff, by and through their counsel of record, hereby notify the Court that the Parties (Plaintiff and Defendants) have reached a settlement in the above-entitled matter. The parties have thus reached an agreement to resolve this action in its entirety and Plaintiffs intend to file a stipulation for dismissal within 10 Court days (on or before January 6, 2023).

Plaintiff hereby requests that the Court vacate all pending due dates, hearings and trial date and retain jurisdiction over this case until stipulation for dismissal is filed. It is

estimated that Defendants will fully perform all its duties on or before October 1, 2022. Upon Defendants' completion of its duties (as mandated under the settlement agreement) Plaintiffs will file with this Court a notice of dismissal with prejudice.

DATED: 12-21-22

/s/ J. David Nick
J. DAVID NICK
Attorney for Plaintiff

NOTICE OF SETTLEMENT
CASE NO. 2:21-cv-00266-DMG-JEM

Page 2